**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ABRAHIM FATA,                          :
    Plaintiff,                         :
                                       :
    v.                                 :      **CIVIL ACTION NO. 26-828**
                                       :
JOSHUA T. YOUNG, *et al.*,              :
    Defendants.                        :

## ORDER

**AND NOW**, this 8th day of April, 2026, upon consideration of Abrahim Fata's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.    The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii), for the reasons in the Court's Memorandum as follows:

    a.  Fata's RICO claim asserted pursuant to 18 U.S.C. § 1962 is **DISMISSED WITHOUT PREJUDICE** for lack of standing.

    b.  Fata's claims under the Pennsylvania Right-to-Know Law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    c.  All remaining claims are **DISMISSED WITH PREJUDICE**.

2.    The Clerk of Court shall **CLOSE** this case.

                     **BY THE COURT:**

                     /s/ Catherine Henry

                     **CATHERINE HENRY, J.**